COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Renovation Genius, LLC v. Beverly  Brooks

Appellate case number:   01-21-00063-CV

Trial court case number:   1129720

Trial court:                        County Civil Court at Law No 4 of Harris County

Appellee's motion to reinstate the above-referenced appeal is GRANTED. It is ordered that the above-referenced appeal is REINSTATED on the Court's active docket.

A question of jurisdiction remains, as set out in the Court's prior order issued on October 13, 2022. More specifically, appellee has moved to dismiss the above-referenced appeal on the ground that appellant's February 1, 2021 notice of appeal was not timely filed. *See* TEX. R. APP. P. 26.1(a)(1) (notice of appeal must be filed within 90 days after judgment is signed if any party timely files motion for new trial). A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the 15-day extension period provided by rule 26.3. *See* TEX. R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997). Appellant's notice of appeal was filed within this 15-day period, but appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See* TEX. R. APP. P. 10.5(b)(1)(C), 26.3; *Jones v. City of Hous.*, 976 S.W.2d 676, 677 (Tex. 1998) (holding appellant should be able to prosecute appeal despite notice of appeal filed within *Verburgt* period if appellant can reasonably explain need for extension).

**Accordingly, the Court requests that appellant respond to appellee's motion to dismiss within 10 days of the date of this order. Appellant is notified that unless you respond in writing, by the deadline specified, providing a reasonable explanation for untimely filing the notice of appeal, the appeal may be dismissed. *See* TEX. R. APP. P. 42.3(a), (c). You must respond in writing even if you have previously claimed your notice of appeal was timely filed**.

Judge's signature: /s Sarah Beth Landau
                                 Acting individually

Date:  December 1, 2022